ORIGINAL

FILED

11/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0636

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0636

FILED

NOV 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

JUDSON T. HEWITT,

Petitioner,

v.

MONTANA FIRST JUDICIAL DISTRICT
COURT, THE HON. KATHY SEELEY,
District Judge, Presiding,

Respondent.

ORDER

Representing himself, Petitioner Judson T. Hewitt (Judson) has filed a Petition for Writ of Supervisory Control over the First Judicial District Court, Lewis and Clark County, and Judge Kathy Seeley.

Judson contends that he "petition[s] the Montana Supreme Court for a consideration to be made for the case, so far not performed by Judge Kathy Seeley on any indication from documents for facts and law which were presented." He explains that he filed a civil action on February 11, 2019, in District Court and that the defendants in the underlying case "appear as trustees of a trust." He states that "[t]he cause is for recovery of a house and related matters." Judson further states that he has filed several pleadings and letters with the court. His concerns are about the "false statements" filed by opposing counsel and that "Judge Seeley did not observe the facts and arguments in the time prior to, at the time of, and subsequent to the [judgment]." Judson includes several attachments, such as the court's Order and the register of actions.

Exercise of supervisory control is discretionary and on a case-by-case basis. M. R. App. P. 14(3). "This extraordinary remedy can be invoked when the case involves purely legal questions and urgent or emergency factors make the normal appeal process inadequate." *State v. Spady*, 2015 MT 218, ¶ 11, 380 Mont. 179, 354 P.3d 590 (citations

omitted). "The case must meet one of three additional criteria: (a) [T]he other court is proceeding under a mistake of law and is causing a gross injustice; (b) [C]onstitutional issues of state-wide importance are involved; or (c) [T]he other court has granted or denied a motion for substitution of a judge in a criminal case." *Spady*, ¶ 11 (quoting M. R. App. P. 14(3)(a)-(c)).

Upon review of the attachments, Judge Seeley has ordered the case closed. Judson filed his complaint in 2019, but it appears he did not prosecute the civil action in a timely fashion. After issuing a Status Order, the court closed the matter on January 10, 2022. Judson sought to re-open the case and vacate the court's order of dismissal, which the court did. Judson then issued summons to the defendants that were returned on February 9, 2022. Counsel for the underlying defendants moved for dismissal, pursuant to M. R. Civ. P. 12(b)(6). On June 15, 2022, the District Court issued an Order on Motion to Dismiss, noting that while Judson may have moved for summary judgment, he did not file the accompanying brief. MUDCR 2. The court provided the background and history of the proceeding. The court granted the motion to dismiss and dismissed the case.

Judson is not entitled to a writ of supervisory control over the District Court. Judson makes no reference to M. R. App. P. 14(3), the Montana Rule of Appellate Procedure that lists the afore-mentioned criteria. Judson has not demonstrated urgent or emergency factors to supersede the normal appeal process. *Spady*, ¶ 11; M. R. App. P. 14(3). He has not presented a purely legal question, given that the house was sold in 2014 and other factual issues. His proceeding in the District Court has completed. This Court has no proceeding at the District Court over which to take control. Judson had the remedy of seeking a timely appeal in July 2022 instead of filing other pleadings in a closed case in the District Court. At this juncture, his remaining remedy is to petition this Court for an out-of-time appeal for any claims he may have with the court's decision. Accordingly,

IT IS ORDERED that Judson's Petition for Writ of Supervisory Control is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Kathy Seeley, First Judicial District Court; Angie Sparks, Clerk of District Court, under Cause No. CDV 2019-167; counsel of record; and Judson Hewitt personally along with a copy of this Court's Civil Appellate Handbook.

DATED this 22nd day of November, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices